# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133240-3 & (54)


YPSILANTI FIRE MARSHAL and CITY
OF YPSILANTI,
   Plaintiffs-Appellees,

v

DAVID KIRCHER,
   Defendant-Appellant.

SC: 133240
COA: 260970
Washtenaw CC: 02-000434-CH

_____

ROBERT C. BARNES,
   Plaintiff-Appellee,

v

DAVID KIRCHER,
   Defendant-Appellant,

and

PATRICIA BROWN,
   Defendant.

SC: 133241
COA: 260971
Washtenaw CC: 03-001380-CH

_____

YPSILANTI FIRE MARSHAL and CITY
OF YPSILANTI,
   Plaintiffs-Appellees,

and

BARNES & BARNES,
   Plaintiff,

v

DAVID KIRCHER,
   Defendant-Appellant.

SC: 133242
COA: 260972
Washtenaw CC: 01-000560-CH

_____

ROBERT C. BARNES,
        Plaintiff-Appellee,

v

                                        SC: 133243
                                        COA: 260973
                                        Washtenaw CC: 03-001264-CH

DAVID KIRCHER,
        Defendant-Appellant,

and

CITIZENS BANK,
        Defendant.
_____/

      On order of the Court, the application for leave to appeal the January 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion requesting judicial notice is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                          _____
                                                  Clerk

s0521